Frances M. O'Meara, California Bar No. 140600
fomeara@wshblaw.com
Robert A. Latham III, California Bar No. 125081
rlatham@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
T: 310.481.7600/F: 310.481.7650

Attorneys for Defendant MGM Resorts
International dba Bellagio Casino

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SCARLETT MADDELEINE dba GOLD BEAUTIFUL TRUTH,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL dba BELLAGIO CASINO,<br><br>Defendant. | **Case No. 2:23-cv-06282 JFW-BFMx**<br>**DECLARATION OF LEAD TRIAL COUNSEL OF DEFENDANT MGM RESORTS INTERNATIONAL DBA BELLAGIO CASINO**<br>[August 9, 2023 Standing Order, ¶3] |

I, Robert A. Latham III, am an attorney licensed to practice in California and am admitted to practice in this Court and the United States Court of Appeals for the Ninth Circuit Court. I am the designated Lead Trial Counsel for Defendant MGM Resorts International dba Bellagio Casino in this case, and I submit this declaration in accordance with the Court's Standing Order ¶ 3, dated August 9, 2023:

1. I am a registered CM/ECF User.

2. My email address of record is rlatatham@wshblaw.com.

3. I confirm that I have read the Court's Standing Order and the Local Rules.

1  Declared under penalty of perjury under the law of the United States of America
2  and the State of California on August 14, 2023, in Los Angeles, California.

_____
Robert A. Latham III

Dated: August 14, 2023

**WOOD, SMITH, HENNING & BERMAN LLP**

By: _____

Frances M. O'Meara
Robert A. Latham III

Attorneys for Defendant MGM Resorts International dba Bellagio Casino

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On August 14, 2023, I served the following document(s) described as  on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 14, 2023, at Los Angeles, California.

                                        */s/Melinda K. Alexander*
                                        Melinda K. Alexander

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

29331938.1:10479-0006                    -3-
MGM RESORTS INTERNATIONAL dba BELLAGIO CASINO LEAD TRIAL COUNSEL DECLARATION

# SERVICE LIST

Maddeleine dba Gold Beautiful Truth v. MGM Resorts International dba Bellagio Casino
United States District Court for the Central District of California Case No. 2:23-cv-06282

**Plaintiff pro sé**

Scarlett Maddeleine dba
Gold Beautiful Truth
435 Ocean Park Boulevard, No. 107-460
Santa Monica, California 90405
T: 512.923.3489

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

29331938.1:10479-0006                    -4-
MGM RESORTS INTERNATIONAL dba BELLAGIO CASINO LEAD TRIAL COUNSEL DECLARATION