# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.  **CV 23-6282-JFW(BFMx)**                                    Date: August 25, 2023

Title:   Scarlett Maddeleine -v- MGM Resorts International

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                             None

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE

     Based on the Declaration of Robert A. Latham III in Support of Defendant's Notice of and Statement on Plaintiff's Failure to Participate in L.R. 7-3 Conference and Preparation of Joint Statement and its Request To File Rule 12(b)(2), 12(b)(5), and 12(b)(6) Motion filed August 24, 2023, Docket No. 15, it appears that Plaintiff has refused to participate in the Local Rule 7-3 Conference.  Accordingly, Plaintiff is ordered to show cause in writing on or before **August 31, 2023** why Plaintiff should not be sanctioned in the amount of $1,500.00 and/or why this action should not be dismissed.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or the dismissal of this action.

     IT IS SO ORDERED.

Initials of Deputy Clerk __sr_